# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL ACTION NO:   16-CV-622 |
| Petitioner, | |
| VERSUS | JUDGE |
| VIKAS PATEL, | MAGISTRATE JUDGE |
| Respondent. | |

## PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS

The United States of America, on behalf of its agency, the Internal Revenue Service, and by its attorney, Stephanie A. Finley, United States Attorney for the Western District of Louisiana, avers to this Court as follows:

I.

This is a proceeding brought pursuant to the provisions of sections 7402(b) and 7604(a) of Title 26, U.S.C., to judicially enforce an Internal Revenue Service summons.

II.

Karen M. Walker is a Revenue Officer of the Internal Revenue Service, employed in Small Business/Self Employed Compliance Area 6, and is authorized to issue an Internal Revenue Service summons pursuant to the authority contained in Section 7602 of Title 26 U.S.C., and Treasury Regulations § 301.7602-1, 26 C.F.R. § 301.7602-1.

III.

The respondent, Vikas Patel, resides or is found at 9571 Egan Hwy., Crowley, LA 70526, within the jurisdiction of this court.

IV.

Revenue Officer Karen M. Walker is conducting an investigation into the tax liability of Megna, LLC for the years; 2012, 2013, 2014, and 2015, as is set forth in the Declaration of Revenue Officer Karen M. Walker attached hereto as Exhibit 1.

V.

The respondent, Vikas Patel, is in possession and control of testimony and other documents concerning the above-described investigation.

VI.

On October 29, 2015, an Internal Revenue Service summons was issued by Revenue Officer Karen M. Walker directing the respondent, Vikas Patel, to appear before Revenue Officer Karen M. Walker on November 18, 2015, at 9:30 a.m. at 4021-A Ambassador Caffery, Suite 172, Lafayette, LA 70503, to testify and to produce books, records, and other data described in the summons.   An attested copy of the summons was left at the last and usual place of abode of the respondent, Vikas Patel, by Revenue Officer Karen M. Walker, on October 30, 2015.   The summons is attached and incorporated as Exhibit 2.

VII.

On November 18, 2015, the respondent, Vikas Patel, did not appear in response to the summons.   The respondent's refusal to comply with the summons

continues to date as set forth in the declaration of Revenue Officer Karen M. Walker attached as Exhibit 1.

## VIII.

The books, papers, records, and or other data sought by the summons are not already in possession of the Internal Revenue Service.

## IX.

All administrative steps required by the Internal Revenue Code for the issuance of a summons have been taken.

## X.

It is necessary to obtain the testimony and examine the books, papers, records, or other data sought by the summons in order to properly investigate the Federal tax liability of Megna, LLC for the following years: 2012, 2013, 2014, and 2015, as is evidenced by the declaration of Karen M. Walker attached and incorporated as part of this petition.

WHEREFORE, petitioner respectfully prays:

1. That this Court enter an order directing the respondent, Vikas Patel, to show cause, if any, why respondent should not comply with and obey the aforementioned summons and each and every requirement thereof.

2. That the Court enter an Order directing the respondent, Vikas Patel, to obey the aforementioned summons and each and every requirement thereof by ordering the attendance, testimony, and production of the books, papers, records, or other data as is required and called for by the terms of the summons before Revenue Officer Karen M. Walker or any other proper

officer or employee of the Internal Revenue Service as such time and place as may be fixed by Revenue Officer Karen M. Walker, or any other proper officer or employee of the Internal Revenue Service.

3. That the United States recover its costs in maintaining this action.

4. That the Court grant such other and further relief as is just and proper.

        Respectfully submitted,

        STEPHANIE A. FINLEY
        UNITED STATES ATTORNEY

BY:     *s/Karen J. King*
        KAREN J. KING   (#23508)
        Assistant United States Attorney
        800 Lafayette Street, Suite 2200
        Lafayette, Louisiana 70501
        Telephone:   (337) 262-6618
        Facsimile:   (337) 262-6693
        Email:       karen.king@usdoj.gov